UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO PRADO,<br><br>              Plaintiff,<br><br>    v.<br><br>J. GASTELO, et al.,<br><br>              Defendant. | Case No. 2:21-cv-05057-JAK-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE<br><br>[DOCKET NO. 49] |

The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions and recommendation of the Magistrate Judge reflected in the January 24, 2024 Report and Recommendation of United States Magistrate Judge.

IT IS HEREBY ORDERED:

1. Defendants' Motion for Summary Judgment is granted.
2. This action as against Defendant Correctional Office E. Self is dismissed with prejudice and Judgment in his favor and against Plaintiff Ignacio Prado shall be entered accordingly.

///

///

3. This action as against Defendants Warden J. Gastelo and Captain S. Silva is dismissed without prejudice and Judgment in their favor and against Plaintiff Ignacio Prado shall be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff and counsel for the Defendants.

IT IS SO ORDERED

DATED: February 28, 2024

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE