JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO PRADO,<br><br>              Plaintiff,<br><br>    v.<br><br>J. GASTELO, et al.,<br><br>              Defendants. | Case No. 2:21-cv-05057-JAK-JC<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed with prejudice as against Defendant Correctional Officer E. Self and is dismissed without prejudice as against Defendants Warden J. Gastelo and Captain S. Silva and Judgment in favor of all Defendants and against Plaintiff shall be entered accordingly.

    IT IS SO ADJUDGED.

    DATED: February 28, 2024

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE